# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MARK FERRY, et al., **Plaintiff,**

v.

DF GROWTH REIT I, LLC, et al., **Defendant.**

**Case No.** 3:22-cv-02001-H-WVG

## PRO HAC VICE APPLICATION

Plaintiffs Mark Ferry, Igor Korostelev and Ryan Krause
Party Represented

I, Christopher J. Gray (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Law Office of Christopher J. Gray, P.C.
Street address: 360 Lexington Ave., 14th Floor
City, State, ZIP: New York, New York 10017
Phone number: (212) 838-3221
Email: chris@investorlawyers.net
That on Nov. 18, 1997 (Date) I was admitted to practice before New York Court of Appeals (Name of Court)

and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case ______________________

Case Number ______________________ Date of Application ____________

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Todd M. Friedman (Name) — (323) 306-4234 (Telephone)

Law Offices of Todd M Friedman, P.C. (Firm)

21031 Ventura Blvd., Ste. 340 (Street) — Woodland Hills, California (City) — 91364 (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)