BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
MITCHELL S. KIM (SBN: 276429)
GREGORY SUHR (SBN: 328967)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: sbhandari@buchalter.com;
mkim@buchalter.com; gsuhr@buchalter.com

Attorneys for Defendants,
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | CASE NO. 3:22-cv-2001-H-WVG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (LOCAL RULE 12.1)**<br><br>Complaint Filed: December 16, 2022<br>Complaint Served: December 20, 2022<br>Current Response Date: January 10, 2023<br>New Response Date: January 31, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated (collectively referred to as "Plaintiffs"), through their counsel of record Joshua B. Kons of Law Offices of Joshua B. Kons, LLC and Todd Friedman of Law Offices of Todd M. Friedman, P.C., and Defendants DF GROWTH REIT,

LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS (collectively referred to as "Defendants"), by and through their counsel of record Sanjay Bhandari, Mitchell S. Kim, and Gregory Suhr of Buchalter, P.C., that Defendants may file and serve its response to Plaintiffs' Complaint on or before January 31, 2023.

Defendants were served with Plaintiffs' Complaint on or about December 20, 2022. Based on the foregoing service date, Defendants' responsive pleading would be due on January 10, 2023. Good cause exists for this 21-day extension to file and serve a responsive pleading in light of the Christmas and New Year Holidays as well as to allow sufficient time for both Parties to meet and confer regarding any pleading issues. This stipulated extension does not exceed thirty (30) days.

IT IS SO STIPULATED.

DATED: January 3, 2023

LAW OFFICES OF JOSHUA B. KONS, LLC

By: */s/ Joshua B. Kons*
JOSHUA B. KONS
Attorneys for Plaintiffs
MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: January 3, 2023

BUCHALTER
A Professional Corporation

By: [signature]
SANJAY BHANDARI
MITCHELL S. KIM
GREGORY SUHR
Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS