BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
MITCHELL S. KIM (SBN: 276429)
GREGORY SUHR (SBN: 328967)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: sbhandari@buchalter.com;
mkim@buchalter.com; gsuhr@buchalter.com

Attorneys for Defendants,
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | CASE NO. 3:22-cv-2001-H-WVG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (LOCAL RULE 12.1)**<br><br>Complaint Filed: December 16, 2022<br>Complaint Served: December 20, 2022<br>Current Response Date: January 10, 2023<br>New Response Date: January 31, 2023 |

Based upon the Stipulation by and between Plaintiffs MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated (collectively referred to as "Plaintiffs"), through their counsel of record Joshua B. Kons of Law Offices of Joshua B. Kons, LLC and Todd Friedman of Law Offices of Todd M. Friedman, P.C., and Defendants DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS (collectively referred to as "Defendants"), by and through their counsel of record Sanjay Bhandari, Mitchell S. Kim, and Gregory Suhr of Buchalter, P.C., presented to the Court, and for good caused shown therein, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **GRANTED**.
2. Defendants shall file a responsive pleading to Plaintiffs' initial Complaint on or before January 31, 2023.

DATED: ____________________ ______________________________

HON. WILLIAM V. GALLO