**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY; IGOR KOROSTELEV; and RYAN KRAUSE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC; CRAIG CECILIO; and ALAN LEWIS,

Defendants.

Case No.: 22-cv-02001-H-WVG

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

[Doc. No. 4.]

On January 3, 2023, the parties filed a joint motion for an extension of time for Defendants to file a response to Plaintiffs' complaint. (Doc. No. 4.) For good cause shown, the Court grants the joint motion. Defendants must file any responsive motion or pleading to Plaintiffs' complaint by **January 31, 2023**.

**IT IS SO ORDERED.**

DATED: January 4, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT