**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,

Defendants.

CASE NO. 22-CV-2001H-WVG

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**

[Doc. No. 7]

On January 19, 2023, the parties filed a joint motion for an extension of time for defendants to file a response to Plaintiffs' initial Complaint [Doc. No. 7]. For good cause shown, the Court grants the Joint Motion. Defendants shall file a responsive pleading to Plaintiffs' Complaint on or before February 28, 2023.

**IT IS SO ORDERED.**

DATED:

By:_______________________________

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT