LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite LL1
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (SBN 216752)
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: (323)306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com

Attorneys for Plaintiffs MARK FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | CASE NO. 22-CV-2001-H-WVG<br><br>**JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE**<br><br>Complaint Filed: December 16, 2022<br>Complaint Served: December 20, 2022<br>Current Response Date: February 28, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**WHEREAS,** Defendants intend to file a Motion to Dismiss the Complaint filed by Plaintiffs;

**WHEREAS,** the Plaintiffs intend to amend their Complaint following receipt

of a Motion to Dismiss filed by Defendants; and

**WHEREAS,** the parties have conferred and have agreed to a briefing schedule to streamline the pleadings.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated (collectively referred to as "Plaintiffs"), through their counsel of record Joshua B. Kons of Law Offices of Joshua B. Kons, LLC and Todd Friedman of Law Offices of Todd M. Friedman, P.C., and Defendants DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS (collectively referred to as "Defendants"), by and through their counsel of record Sanjay Bhandari, Mitchell S. Kim, and Gregory Suhr of Buchalter, P.C., that the parties shall file the following pleadings in accordance with the briefing schedule set forth below:

| **Pleading** | **Deadline** |
|---|---|
| Plaintiffs' First Amended Complaint | March 10, 2023 |
| Defendants' Motion to Dismiss | March 31, 2023 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | April 21, 2023 |
| Defendants' Reply in Support of their Motion to Dismiss | May 1, 2023 |
| Oral Argument on Defendants' Motion to Dismiss | As set by the Court if deemed necessary. |

Good cause exists to enter an order GRANTING this stipulated briefing schedule.

IT IS SO STIPULATED.

DATED: February 27, 2023

LAW OFFICES OF JOSHUA B. KONS, LLC

By: s/Joshua B. Kons
JOSHUA B. KONS
Attorneys for Plaintiffs
MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: February 27, 2023

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorneys for Plaintiffs
MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: February 27, 2023

BUCHALTER
A Professional Corporation

By: s/Sanjay Bhandari
SANJAY BHANDARI
MITCHELL S. KIM
Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sanjay Bhandari, counsel for Defendant, and that I have obtained Mr. Bhandari's authorization to affix his electronic signature to this document.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 27, 2023, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE** on interested parties in said case as follows:

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on February 27, 2023, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
Todd M. Friedman