BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
MITCHELL S. KIM (SBN: 276429)
MARISSA MARXEN GIACOMELLI (SBN: 300095)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: sbhandari@buchalter.com
mkim@buchalter.com
mgiacomelli@buchalter.com

Attorneys for Defendants DF GROWTH REIT, LLC, a Delaware limited liability company; DF GROWTH REIT II, LLC, a Delaware limited liability company; DIVERSYFUND, INC., a Delaware corporation; CRAIG CECILIO; and ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, an individual; IGOR KOROSTELEV, an individual; and RYAN KRAUSE, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC, a Delaware limited liability company; DF GROWTH REIT II, LLC, a Delaware limited liability company; DIVERSYFUND, INC., a Delaware corporation; CRAIG CECILIO, an individual; and ALAN LEWIS, an individual;<br><br>Defendants | Case No. 3:22-cv-02001-H-WVG<br><br>**NOTICE OF APPEARANCE OF MARISSA MARXEN GIACOMELLI**<br><br>Action Filed: December 16, 2022 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Marissa Marxen Giacomelli of Buchalter, a professional corporation, enters an appearance in this matter as counsel for

Defendants DF Growth Reit, LLC, a Delaware limited liability company; DF Growth Reit II, LLC, a Delaware limited liability company; DiversyFund, Inc., a Delaware corporation; Craig Cecilio, an individual; and Alan Lewis, an individual.

DATED: February 28, 2023

BUCHALTER
A Professional Corporation

By: */s/ Marissa Marxen Giacomelli*
SANJAY BHANDARI
MITCHELL S. KIM
MARISSA MARXEN GIACOMELLI
Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS