## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY; IGOR KOROSTELEV; and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC; CRAIG CECILIO; and ALAN LEWIS,<br><br>Defendants. | Case No.: 22-cv-02001-H-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE**<br><br>[Doc. No. 9.] |

On February 27, 2023, the parties filed a joint motion for a briefing schedule on Defendants' anticipated motion to dismiss Plaintiffs' complaint. (Doc. No. 9.) For good cause shown, the Court grants the joint motion, and the Court issues the following schedule:

1. Plaintiffs must file their first amended complaint by **March 10, 2023**;

2. Defendants must file their motion to dismiss by **April 3, 2023**;

3. Plaintiffs must file their opposition to Defendants' motion to dismiss by **April 21, 2023**; and

4. Defendants must file their reply by **May 1, 2023**.

**IT IS SO ORDERED.**

DATED: March 2, 2023

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT