# EXHIBIT "1"

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

In reviewing a licensee's information, please be aware that license discipline information may have been removed from a licensee's record pursuant to Business & Professions Code Section 10083.2 (c). However, discipline information may be available from the California Department of Real Estate upon submittal of a request, or by calling the Department's public information line at 1-877-373-4542.
The license information shown below represents public information. It will not reflect pending licensing changes which are being reviewed for subsequent updating. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.
Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 4/3/2023 5:05:11 PM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Cecilio, C Craig |
| **Mailing Address:** | 512 ISLAND AVE #502<br>SAN DIEGO, CA 92101 |
| **License ID:** | 01322708 |
| **Expiration Date:** | 05/04/20 |
| **License Status:** | EXPIRED |
| **Salesperson License Issued:** | 10/10/02 |
| **Broker License Issued:** | 05/05/04 |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | NO CURRENT MAIN OFFICE ADDRESS ON FILE |
| **DBA** | Coastal California Funding Group<br>ACTIVE FROM 05/14/2004 TO 04/20/2005<br><br>NO CURRENT DBAS |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | 01488150 - Officer Expiration Date: 04/06/09<br>The Sardinia Group<br>OFFICER LICENSE EXPIRED AS OF 04/07/09<br><br>01520017 - Officer Expiration Date: 11/11/17<br>Coastal California Funding Group Inc<br>OFFICER LICENSE EXPIRED AS OF 11/12/17 |
| **Comment:** | 02/15/17 - H-4876 SD<br><br>10/02/17 - SUSPENDED 60 DAYS -STAYED FOR 2 YEARS ON TERMS AND CONDITIONS<br><br>07/17/20 - Broker license expiration date extended until 6/30/21 pursuant to Executive Order No. N-83-20. |
| **Disciplinary or Formal Action Documents:** | H04876SD_170215_P.pdf |

Public License Lookup - DRE

H04876SD_171002_P.pdf

>>>> Public information request complete <<<<