

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Ferry, Igor Korostelev, Ryan Krause, on behalf of themselves and all others similarly situated; Valerie Hamerling<br>**Plaintiff,**<br>V.<br>DF Growth REIT, LLC.; DF Growth REIT II, LLC.; Diversyfund, Inc.; Craig Cecilio; Alan Lewis<br>**Defendant.** | FILED<br>7/10/2023<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: M. Quinata, Deputy<br><br>Civil No. 22cv2001-AJB-WVG |

**STRICKEN DOCUMENT:**

Request for Judicial Notice

**Per Order #    20**

19