# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Mark Ferry, Igor Korostelev, Ryan Krause, on behalf of themselves and all others similarly situated; Valerie Hamerling

**Plaintiff,**

**V.**

DF Growth REIT, LLC.; DF Growth REIT II, LLC.; Diversyfund, Inc.; Craig Cecilio; Alan Lewis

**Defendant.**

FILED

7/10/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata , Deputy

**Civil No.** 22cv2001-AJB-WVG

**STRICKEN DOCUMENT:**

Request for Judicial Notice

**Per Order # 20**

**19**