# EXHIBIT 4

253G2 1 ea154049-253g2_dfgrowth.htm OFFERING CIRCULAR SUPPLEMENT

Filed Pursuant to 17 CFR §230.253(g)(2)

File No. 024-10912

**OFFERING CIRCULAR SUPPLEMENT NO. 16**

**Date of Original Offering Circular: October 3, 2018**

**January 14, 2022**

# DF GROWTH REIT, LLC

**750 B Street**
**Suite 1930**
**San Diego, CA 92101**
**(858) 430-8528**
**www.DiversyFund.com**

This document (the "Supplement") supplements the Offering Circular of DF Growth REIT, LLC, (the "Company") dated October 3, 2018 (the "Offering Circular"). Unless otherwise defined in this Supplement, capitalized terms in this Supplement have the meanings given to them in the Offering Circular.

The purpose of this Supplement is to provide additional information that is not in the Offering Circular.

**New Investment**

The Company has invested in or plans to invest in the entities described below (the "Project Entities"):

| | |
|---|---|
| NAME OF PROJECT ENTITY | NCP Dove, LLC |
| TYPE OF ENTITY | Limited Liability Company |
| STATE OF FORMATION | Delaware |
| ADDRESS OF PROJECT ENTITY | **750 B St. Suite 1930**<br>**San Diego, CA 92101** |
| DESCRIPTION OF PROJECT ENTITY'S REAL ESTATE PROJECT | 285 unit Class B multifamily value add property located in North Charleston, SC |
| NATURE OF COMPANY'S INTEREST IN PROJECT ENTITY | Equity |
| AMOUNT OF ACTUAL OR ANTICIPATED INVESTMENT BY COMPANY | $5,014,216.07 |
| FEES AND COMPENSATION OF SPONSOR IN CONNECTION WITH INVESTMENT | An affiliate of the Company's Manager (the "Sponsor") will be entitled to receive from the Project Entity the fees described in "Compensation of Management" in DF Growth REIT, LLC offering circular on pages 22-26. |