BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
655 W Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Fax: 213.896.0400
Email: sbhandari@buchalter.com

Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

All parties (through Plaintiffs' counsel Joshua B. Kons of Law Offices of Joshua B. Kons, LLC and Todd Friedman of Law Offices of Todd M. Friedman, P.C., and Defendants' counsel Sanjay Bhandari of Buchalter APC) hereby agree and jointly move that the Court order that Defendants may respond to Plaintiffs' Second Amended Complaint on or before May 31, 2024.

Defendants were served with Plaintiffs' Second Amended Complaint when it was filed on April 9, 2024. Under Rule 15 of the Federal Rules of Civil Procedure, Defendants' responsive pleading would be due within 14 days. However, the Court's Order granting Defendants' motion to dismiss Plaintiffs' prior complaint directed the parties to meet and confer about the issues before a motion to dismiss is filed. [*See*

ECF 23 at 11.] The parties have also engaged in discussions about resolution. To allow adequate time for these worthwhile discussions, the parties respectfully request that the Court continue the deadline for a response to the Second Amended Complaint to May 31, 2024.

DATED: April 11, 2024

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: *_/s/ Joshua B. Kons_*
JOSHUA B. KONS
Attorneys for Plaintiffs
MARRY FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: April 11, 2024

BUCHALTER
A Professional Corporation

By: *_/s/ Sanjay Bhandari_*
SANJAY BHANDARI
Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS

**CERTIFICATION:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), The filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*_/s/ Sanjay Bhandari_*