**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY et al.,

Plaintiffs,

vs.

DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,

Defendants.

Case No. 3:22-cv-2001-AJB-VET

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

On April 12, 2024, the parties filed a joint motion for an extension of time for Defendants to file a response to Plaintiffs' Second Amended Complaint. For good cause shown, the Court grants the joint motion. Defendants must file any responsive motion or pleading to Plaintiffs' Complaint by **May 31, 2024**.

**IT IS SO ORDERED.**

DATED:

By:______________________________
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE