UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY et al., Plaintiffs, v. DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS, Defendants. | Case No.: 22-cv-02001-AJB-VET **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** **(Doc. No. 26)** |

Before the Court is the parties' joint motion for an extension of time for Defendants to file a response to Plaintiffs' Second Amended Complaint. (Doc. No. 26.) For good cause shown, the Court **GRANTS** the joint motion. Defendants must file any responsive motion or pleading to Plaintiffs' Second Amended Complaint no later than May 31, 2024.

**IT IS SO ORDERED**.

Dated: April 12, 2024

Hon. Anthony J. Battaglia
United States District Judge