BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
655 W Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Fax: 213.896.0400
Email: sbhandari@buchalter.com

Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE** |

All parties (through Plaintiffs' counsel Joshua B. Kons of Law Offices of Joshua B. Kons, LLC and Todd Friedman of Law Offices of Todd M. Friedman, P.C., and Defendants' counsel Sanjay Bhandari of Buchalter APC) hereby agree and jointly move that the Court set the briefing schedule detailed herein for Defendants' planned motion to dismiss the Second Amended Complaint, and further briefing thereon.

As grounds for this request, the Parties submit that they have meaningfully conferred as outlined in their last motion to extend time, and intend to continue doing so; that summer schedules have impacted and will continue to impact the availability of persons with information and other persons needed for each side to prepare papers

and otherwise pursue this matter; that the issues involved in this matter are complex and justify extended briefing for both sides to allow the parties to provide helpful arguments and information to the Court; and that setting a briefing schedule will allow planning and execution by the parties and their counsel over the summer months.

Therefore, the Parties jointly request that the Court set the following briefing schedule:

| **Date** | **Filing** |
|---|---|
| June 10, 2024 | Defendants' Response to the Second Amended Complaint |
| July 10, 2024 | Plaintiffs' Opposition to any Motion to Dismiss |
| July 24, 2024 | Defendants' Reply |

The Parties understand that the Court will set oral argument only if the Court deems it appropriate.

DATED: May 30, 2024

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: */s/ Joshua B. Kons*
JOSHUA B. KONS
Attorneys for Plaintiffs
MARRY FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: May 30, 2024

BUCHALTER
A Professional Corporation

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI
Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS

**CERTIFICATION:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), The filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Sanjay Bhandari*