**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY et al.,

Plaintiffs,

vs.

DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,

Defendants.

Case No. 3:22-cv-2001-AJB-VET

**ORDER SETTING BRIEFING SCHEDULE**

For good cause shown, the Court grants the parties' joint motion to set the following briefing schedule:

| **Date** | **Filing** |
|---|---|
| June 10, 2024 | Defendants' Response to the Second Amended Complaint |
| July 10, 2024 | Plaintiffs' Opposition to any Motion to Dismiss |
| July 24, 2024 | Defendants' Reply |

The Court will set oral argument only if the Court deems it appropriate.

DATED:

By:____________________________________
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE