BUCHALTER
A Professional Corporation
Sanjay Bhandari (CA 181920)
655 W. Broadway, Suite 1600
San Diego, California 92101
Telephone: 619.219.5335
E-mail: sbhandari@buchalter.com

Attorneys for Defendants DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY et al.,

Plaintiffs,

v.

DF GROWTH REIT, LLC et al.,

Defendants.

Case No. 3:22-cv-02001-AJB

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

No oral argument requested.
Filed without a hearing date pursuant to the Court's June 3, 2024 Order (Docket No. 29)

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that pursuant to this Court's April 12, 2024 Order [ECF 27] (granting the parties' joint motion to extend time for Defendants to respond to the Second Amended Complaint), Defendants DF Growth REIT, LLC, DF Growth REIT II, LLC, DiversyFund, Inc., Craig Cecilio, and Alan Lewis hereby respectfully move for an order dismissing the Second Amended Complaint [ECF 25].

The Court's June 3, 2024 Order set a briefing schedule but indicated a hearing date would be set only later, in the Court's discretion. Therefore, no date is listed on this motion.

Counsel for Defendants met and conferred with counsel for the Plaintiffs on several occasions regarding this motion, including Defendants' offer to stipulate to allow Plaintiffs another amendment to cure issues raised by Defendants. The parties did not reach agreement. Plaintiffs oppose this motion.

This motion is based on Federal Rules of Civil Procedure 8, 9, and 12, the inherent power of the Court, attached Memorandum of Points and Authorities, all files and records in the case, and such evidence and argument as may be presented at any hearing.

DATED: June 10, 2024

BUCHALTER
A Professional Corporation

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI
Attorneys for Defendants, DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS