LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite LL1
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

**U.S. DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC,<br>DF GROWTH REIT II, LLC,<br>DIVERSYFUND, INC.,<br>CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | CASE NO. 22 CV-2001-AJB-WVG<br><br>**DECLARATION OF JOSHUA B. KONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Joshua B. Kons, am older than 21 years of age, have personal knowledge of the facts, and am competent to testify thereto.

1. I am an attorney representing Plaintiffs Mark Ferry, Valerie Hamerling, Igor Korostelev and Ryan Krause ("Plaintiffs") in the above-captioned matter. I am duly licensed to practice law in the State of California and admitted to practice before the United States Court in the Southern District of California.

2. Exhibit 1 is a true and correct copy of the REIT II Form 1-K (annual report) for the period ended December 31, 2021, dated May 3, 2022, available on the SEC's website.

3. Exhibit 2 is a true and correct copy of the REIT II Form 1-K/A (amended annual report) for the period ended December 31, 2021, dated April 28, 2023, available on the SEC's website.

4. On page F-11 of Exhibit 1, REIT II discloses the following calculation for acquisition costs based on the total sale price:

> The Sponsor will charge each Project Entity (or the Company itself, if the Company owns real estate directly) an acquisition fee of between 1% and 4% of the total project costs, including both "hard" costs (e.g., the cost of property) and "soft" costs (e.g., professional fees). Where property is owned by an entity in which there is another financial partner – a joint venture – the Sponsor might be entitled to a similar

> acquisition fee to the extent negotiated with the financial partners in such joint venture (which could be higher than the 1-4% acquisition fee for direct investment). However, the Company's share of the fee will not exceed 1-4% of the Company's share of the ***total sale price***. In 2021 the Sponsor received acquisition fees totaling $2,560,425 in connection with the acquisition of NCP Dove LLC. (Emphasis added.)

5. On page 13 of Exhibit 1, REIT II discloses that for the period ending December 31, 2021, that it had paid $1,280,216 in acquisition fees to DiversyFund.

6. On page 8 of Exhibit 1, REIT II discloses that the only investment it had made through the period ended December 31, 2021 was the $5,014,216 investment into NCP Dove LLC. This disclosure contains no reference to purchase price or total acquisition cost.

7. On page F-11 of Exhibit 2, REIT II amends the previous disclosure for the calculation for acquisition costs, basing it on total acquisition costs, and states that an acquisition fee paid by REIT II for NCP Dove.

> The Sponsor will charge each Project Entity (or the Company itself, if the Company owns real estate directly) an acquisition fee of between 1% and 4% of the total project costs, including both "hard" costs (e.g., the cost of property) and "soft" costs (e.g., professional fees). Where property is owned by an entity in which there is another financial partner – a joint venture – the Sponsor might be entitled to a similar acquisition fee to the extent negotiated with the financial partners in such joint venture (which could be higher than the 1-4% acquisition fee for direct investment). However, the Company's share of the fee will not exceed 1-4% of the Company's share of the ***total acquisition***

> ***cost***. In 2021 the Sponsor received acquisition fees totaling $2,560,425 from the Company and other investors in connection with the acquisition of NCP Dove LLC. ***The portion of the acquisition fee paid by the Company was $530,106.*** (Emphasis added.)

8. Contrary to the previous 1-K for the period ended December 31, 2021, REIT II discloses on page 13 of Exhibit 2 that it had paid $530,106 in acquisition fees to DiversyFund for the period ending December 31, 2021.

9. On page 8 of Exhibit 2, REIT II discloses that the only investment it had made through the period ended December 31, 2021 was the $5,014,216 investment into NCP Dove LLC, but adds a disclosure for purchase price and total acquisition cost.

10. In regards to DF Summerlyn, I have conducted a search of the publicly available SEC filings for REIT I, and find no reference to the $207,015.73 acquisition fee or the $9,480,772,94 total project cost set forth in Smith Decl. Smith Decl., ¶ 6(c)(iii)(2).

11. Exhibit 3 is a true and correct copy of the REIT I Form 1-K (amended annual report) for the period ended December 31, 2019, dated June 16, 2020, available on the SEC's website.

12. On page FN-11 of Exhibit 3, REIT I states that DiversyFund received acquisition fees of $540,088 in connection with the acquisition of DF Summerlyn LLC.

13. Based on my review of the publicly available SEC filings for REIT I, there was no amendment to the 1-K for the period ending December 31, 2019, and no further publicly filed amendment to the DF Summerlyn acquisition fee.

14. I have reviewed the publicly available docket for the attorney malpractice action in New Jersey, captioned *DF Growth REIT, LLC v. Flaster Greenberg P.C., et al,* N.J. Superior Court Docket No. MER-L-000200-23

15. As of the date of this declaration, REIT I, REIT II, and Mssrs. Cecilio and Lewis are still parties to that action.

16. Contrary to the Smith Decl. ¶ 3, the docket does not reveal any pleading or other document filed on the docket seeking to remove, drop, dismiss, or amend the REITS or Messrs. Cecilio and Lewis as parties to the action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July 2024 in Weatogue, Connecticut.

/s/ Joshua B. Kons
Joshua B. Kons

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On July 9, 2024, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **DECLARATION OF JOSHUA B. KONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** on interested parties in said case as follows:

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on July 9, 2024, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
Todd M. Friedman