BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
655 W. Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: 619.219.5335
Facsimile: 213.896.0400
Email: sbhandari@buchalter.com

Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS,<br><br>　　　　Defendants. | CASE NO. 3:22-cv-02001-AJB-VET<br><br>**JOINT MOTION FOR PRE-ANSWER EARLY NEUTRAL EVALUATION**<br><br>Hrg Date:　　November 7, 2024<br>Hrg Time:　　2:00 p.m.<br>Courtroom:　　4A<br>District Judge:　Hon. Anthony J. Battaglia<br><br>Magistrate Judge: Valerie E. Torres |

All Parties hereby agree and jointly move that the Court 1) take under submission (without oral argument) the motion set for hearing on November 7, 2024 (see Dkt. 35), and 2) refer this case for a pre-answer early neutral evaluation before Magistrate Judge Torres at a time convenient to Judge Torres.

/ / /

/ / /

/ / /

/ / /

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 85430782v2

1
**JOINT MOTION FOR PRE-ANSWER ENE**
22-CV-02001-AJB-VET

As grounds for this request, the Parties submit that they have had meaningful discussions about settlement; that the Parties favor focusing their energies on a quick and lasting resolution; and that the Parties believe this matter can be resolved without further litigation or discovery, with the assistance of the Court.

Respectfully submitted,

DATED: October 31, 2024

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: */s/Joshua B. Kons*
JOSHUA B. KONS

Attorneys for Plaintiffs
MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: October 31, 2024

BUCHALTER
A Professional Corporation

By: */s/Sanjay Bhandari*
SANJAY BHANDARI

Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/Sanjay Bhandari*

2
JOINT MOTION FOR PRE-ANSWER ENE
22-CV-02001-AJB-VET

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 85430782v2