# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, et al.,<br>Plaintiffs,<br>vs.<br>DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS,<br>Defendants. | CASE NO. 3:22-cv-02001-AJB-VET<br>**PROPOSED ORDER GRANTING JOINT MOTION FOR PRE-ANSWER EARLY NEUTRAL EVALUATION**<br>Hrg Date: November 7, 2024<br>Hrg Time: 2:00 p.m.<br>Courtroom: 4A<br>District Judge: Hon. Anthony J. Battaglia<br>Magistrate Judge: Valerie E. Torres |

The Court, having considered the papers on file and arguments of counsel, for the reasons stated on the record, and for good cause shown, orders the following findings:

1. The Court takes under submission (absent oral argument) the motion set for hearing on November 7, 2024, and appearances are not required for the November 7, 2024 hearing date; and

/ / /

/ / /

/ / /

2. The Court refers this case for a Pre-Answer Early Neutral Evaluation before Magistrate Judge Valerie E. Torres at a time convenient to Judge Torres.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
HON. ANTHONY J. BATTAGLIA
United States District Judge