# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | CASE NO. 22-cv-02001-AJB-VET<br><br>**ORDER GRANTING JOINT MOTION FOR PRE-ANSWER EARLY NEUTRAL EVALUATION**<br><br>**(Doc. No. 36)** |

The Court, having considered the parties' Joint Motion for Pre-Answer Early Neutral Evaluation, (Doc. No. 36), and for good cause shown, orders the following:

1. Pursuant to Civil Local Rule 7.1.d.1, the motion set for hearing on November 7, 2024, (Doc. No. 30), is suitable for determination on the papers and without oral argument. Accordingly, no appearances are required for the November 7, 2024, hearing and the motion is deemed submitted as of this date. The Court will rule on the motion no later than January 3, 2025.

2. The Court refers this case for a Pre-Answer Early Neutral Evaluation

("ENE") before Magistrate Judge Valerie E. Torres at a time convenient to Judge Torres.

3. No later than end of day on **November 4, 2024**, counsel for all parties must jointly call the chambers of Magistrate Judge Valerie E. Torres to schedule the ENE.

**IT IS SO ORDERED.**
Dated: November 1, 2024

Hon. Anthony J. Battaglia
United States District Judge

2

22-CV-02001-AJB-VET