# EXHIBIT 3

DIVERSYFUND

DiversyFund Help Center > DiversyFund Investments > REIT 2

Search

Articles in this section

# REIT 1 VS REIT 2 Investments

Christopher Finlay
1 month ago · Updated

Follow

## How will investing in REIT 2 impact my investment term?

REIT II has the same business plan and return targets as REIT I. Investing in REIT II will provide you with greater diversification as REIT II will contain additional properties that we believe provide the opportunity to add value and achieve a solid return through a professionally managed portfolio.

## Will all my investments (REIT 1 & REIT 2) be under the same 5-year term?

No, REIT I and REIT II operate as separate investment vehicles. While they have similar investment strategies they operate on their own 5 year investment term.

## May I continue investing in the original REIT instead of REIT 2?

REIT I is now closed and REIT 2 is available

## Will launching REIT 2 impact my original REIT investment in any way?

No, REIT I will not be impacted by REIT II in any way. The assets in REIT I will continue to be owned and operated by REIT I.

## Does this mean the original REIT is winding down?

No, The original REIT is closed to new investors, however it will still manage its portfolio to create value for investors to meet its targeted IRR.

Was this article helpful?

Yes No

9 out of 11 found this helpful

Have more questions? Submit a request

Return to top

## Related articles

REIT 2: Investment Term

REIT 2: Fee Structure

What returns can I expect?

How is the investment taxed?

What is a REIT?

## Comments

0 comments

Please sign in to leave a comment.

Powered by Zendesk