BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: sbhandari@buchalter.com;
mkim@buchalter.com; gsuhr@buchalter.com

Attorneys for Defendants,
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE**<br><br>Complaint Filed: December 16, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated (collectively referred to as "Plaintiffs"), filed a Third Amended Complaint ("TAC") in this action on January 10, 2025 (Dkt. No. 41), following the Court's December 26, 2024 Order Granting in Part and Denying in Part Defendants DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC.,

CRAIG CECILIO, and ALAN LEWIS's (collectively referred to as "Defendants") Motion to Dismiss the Second Amended Complaint (Dkt. No. 40) (the "Order");

WHEREAS, Defendants' current deadline to respond to the TAC is January 24, 2025;

WHEREAS, Defendants intend to file a motion to dismiss the TAC, and potentially a motion to strike those parts of the TAC that reassert allegations and theories that the Order rejected; and

WHEREAS, the parties have met and conferred as instructed by the Court, and are in the process of negotiating a stipulation to clarify which allegations remain at issue in the TAC and which are not in light of the Order, the precise mechanism and scope of which the Plaintiffs are still considering;

**NOW, THEREFORE, THE PARTIES DO HEREBY JOINTLY STIPULATE AND MOVE** that, with the permission of the Court, Defendants' deadline to respond to the TAC is extended to February 10, 2025, or two weeks following Plaintiffs' filing (or a joint filing) clarifying what parts of the TAC remain at issue. Good cause exists for the extension in light of the need to clarify whether the parties can agree on what parts of the TAC remain at issue for purposes of Defendants' contemplated motion to dismiss.

The parties further stipulate and request that Plaintiffs' deadline to file and serve any opposition to Defendants' motion to dismiss the TAC be set for three weeks thereafter (expected to be March 3, 2025); that Defendants' deadline to file and serve any reply brief be set for two weeks thereafter (expected to be March 17, 2025); and that the hearing on such motion (if any) be held on April 1, 2025, or any later date convenient to the Court and parties.

Respectfully submitted,

DATED: January 22, 2025      LAW OFFICES OF
                             JOSHUA B. KONS, LLC


                             By: */s/ Joshua B. Kons*
                                 JOSHUA B. KONS
                                 Attorneys for Plaintiffs
                                 MARRY FERRY, IGOR
                                 KOROSTELEV, and RYAN
                                 KRAUSE, on behalf of themselves and
                                 all others similarly situated

DATED: January 22, 2025      BUCHALTER
                             A Professional Corporation


                             By: */s/ Sanjay Bhandari*
                                 SANJAY BHANDARI
                                 MITCHELL S. KIM
                                 GREGORY SUHR
                                 Attorneys for Defendants
                                 DF GROWTH REIT, LLC, DF
                                 GROWTH REIT II, LLC,
                                 DIVERSYFUND, INC., CRAIG
                                 CECILIO, and ALAN LEWIS

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to JOSHUA B. KONS, counsel for Plaintiffs, and that I have obtained Mr. Kons' authorization to affix his electronic signature to this document

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI
Attorney for Defendants

## PROOF OF SERVICE

I, the **undersigned**, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On January 22, 2025, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following document: **JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE** on interested parties in said case as follows:

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 655 W. Broadway, Suite 1600, San Diego, CA 92101.

Executed on January 22, 2025, at San Diego, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: */s/ Sanjay Bhandari*
    Sanjay Bhandari