**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 22-cv-02001-AJB-VET<br><br>**ORDER GRANTING JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE**<br><br>**(Doc. No. 42)** |

The Court, having considered the parties' Joint Motion for Stipulated Briefing Schedule for an extension of time for Defendants to respond to Plaintiffs' Third Amended Complaint ("TAC"), (Doc. No. 42), and for good cause shown, orders the following:

1. Defendants must file a responsive pleading to Plaintiffs' TAC on or before **February 10, 2025**.

2. If Defendants file a motion to dismiss the TAC, Plaintiffs must file any

opposition by **March 3, 2025**.

3. Defendants must file any reply brief by **March 17, 2025**.

4. Pursuant to this Court's Civil Case Procedures, upon filing a noticed motion, counsel filing the motion must call chambers to receive a hearing date.

**IT IS SO ORDERED.**

Dated: January 23, 2025

Hon. Anthony J. Battaglia
United States District Judge