BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: sbhandari@buchalter.com;
mkim@buchalter.com; gsuhr@buchalter.com

BUCHALTER
A Professional Corporation
SAMUEL D. SAZER (SBN: 313037)
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: 415.227.0900
Fax: 415.227.0770
Email: ssazer@buchalter.com;

Attorneys for Defendants,
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARY FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,

Defendants.

Case No. 3:22-cv-2001-AJB-VET

**NOTICE OF APPEARANCE**

Complaint Filed: December 16, 2022

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Samuel D. Sazer of Buchalter, A Professional Corporation, who is permitted to practice in this District, hereby appears as counsel on behalf of Defendants, DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; and CRAIG CECILIO; ALAN LEWIS. Effective immediately, please add Samuel Sazer as an attorney to be noticed in this matter. His contact information is as follows:

BUCHALTER
A Professional Corporation
SAMUEL D. SAZER (SBN: 313037)
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: 415.227.0900
Fax: 415.227.0770
Email: ssazer@buchalter.com

Other counsel of record for Defendants shall remain as counsel of record to be noticed.

Respectfully submitted,

DATED: February 7, 2025

BUCHALTER
A Professional Corporation

By: */s/ Samuel D. Sazer*
SAMUEL D. SAZER
Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS