# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ferry et al

**Plaintiff,**

**V.**

DF Growth REIT, LLC et al

**Defendant.**

FILED

2/10/2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: R. Contreras , Deputy

**Civil No.** 22-cv-02001-AJB-VET

**STRICKEN DOCUMENT:**

MOTION to Dismiss Defendants' Notice of Motion
and Motion to Dismiss the Third Amended Complaint

**Per Order # 46**

**45**