# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: **22-cv-02001-AJB-VET** | |
| TITLE: Ferry et al v. DF Growth REIT, LLC et al | |
| FILED DATE: 2/10/2025 | DOCUMENT NO.: 45 |
| DOCUMENT TITLE: MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss the Third Amended Complaint* | |
| DOCUMENT FILED BY: Samuel D. Sazer for DF Growth REIT, LLC, DF Growth REIT II, LLC, Diversyfund, Inc., Craig Cecilio, Alan Lewis | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civ.L.R. 7.1(e)(1): No hearing date obtained from chambers.
*See also* Battaglia Civil Case Procedures and Order at Doc. No. 43.

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [Click here] |
| ☒ | The document is **REJECTED**. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: February 10, 2025 CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties By: Judge Battaglia's Chambers