BUCHALTER
A Professional Corporation
Sanjay Bhandari (CA 181920)
Samuel Sazer (CA 313037
655 W. Broadway, Suite 1600
San Diego, California 92101
Telephone: 619.219.5335

E-mail: sbhandari@buchalter.com
ssazer@buchalter.com

Attorneys for Defendants DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY et al.,

Plaintiffs,

v.

DF GROWTH REIT, LLC et al.,

Defendants.

Case No. 3:22-cv-02001-AJB-DDL

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

Date: May 1, 2025
Time: 2:00 p.m.
Ctrm: 4A

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE** that pursuant to this Court's January 23, 2025 Order [ECF No. 432 (granting the parties' joint motion to extend time for Defendants to respond to Plaintiffs' Third Amended Complaint), Defendants DF Growth REIT, LLC; DF Growth REIT II, LLC; DiversyFund, Inc.; Craig Cecilio; and Alan Lewis hereby respectfully move for an order dismissing the Third Amended Complaint [ECF No. 40].

Counsel for Defendants met and conferred with counsel for the Plaintiffs on several occasions regarding this motion. The parties did not reach agreement. Plaintiffs oppose this motion.

This motion is based on Federal Rules of Civil Procedure 8, 9, and 12, the inherent power of the Court, the attached Memorandum of Points and Authorities, the attached Declaration of Samuel Sazer and exhibits thereto, all files and records in the case, and such evidence and argument as may be presented at any hearing.

DATED: February 10, 2025

BUCHALTER
A Professional Corporation

By: *\/s/ Samuel Sazer*
SAMUEL SAZER
Attorneys for Defendants, DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS