BUCHALTER
A Professional Corporation
Sanjay Bhandari (CA 181920)
Samuel Sazer (CA 313037
655 W. Broadway, Suite 1600
San Diego, California 92101
Telephone: 619.219.5335
E-mail: sbhandari@buchalter.com
ssazer@buchalter.com

Attorneys for Defendants DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC et al.,<br><br>Defendants. | Case No. 3:22-cv-02001-AJB-DDL<br><br>**DECLARATION OF SAMUEL SAZER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Date: May 1, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A |

I, Samuel Sazer, hereby declare as follows.

1. I am an attorney for Buchalter, A Professional Corporation, counsel of record to Defendants DiversyFund, Inc.; DF Growth REIT, LLC; DF Growth REIT II, LLC; and Craig Cecilio and Alan Lewis. I submit this Declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint ("TAC") and Motion to Strike. I have personal knowledge of the matters discussed herein, and if called to testify about the matters discussed herein, I could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of REIT I's October 2018 Offering Circular.

3. Attached hereto as **Exhibit B** is a true and correct copy of REIT I's Form 1-K Annual Report dated June 16, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of REIT I's

Form 1-K Annual Report dated July 16, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 10, 2025, in San Francisco, California.

Samuel Sazer