# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ferry et al

**Plaintiff,**

**V.**

DF Growth REIT, LLC et al

**Defendant.**

FILED

7/22/2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata , Deputy

**Civil No.** 22-cv-02001-AJB-VET

**STRICKEN DOCUMENT:**

Notice of Hearing re Defense Counsel's Motion to Withdraw as Attorney

**Per Order # 61**

**60**