# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: **22-cv-2001-AJB-VET** | |
| TITLE: Ferry et al v. DF Growth REIT, LLC et al | |
| FILED DATE: 7/22/2025 | DOCUMENT NO.: 60 |
| DOCUMENT TITLE: Notice of Hearing re Defense Counsel's Motion to Withdraw as Attorney | |
| DOCUMENT FILED BY: Defendants | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: ECF § 2(a), (g) - Docket entry does not accurately reflect the document(s) file.

Defense counsel was not ordered to file a notice of hearing.

Defense counsel was ordered to serve all defendants a copy of the Court's briefing schedule and hearing date on the pending motion to withdraw and **file proof of such service no later than 7/22/2025**. (Doc. No. 58.)

Moreover, the request "that the Court arrange for the hearing to be conducted over Zoom" fails to comply with the Court's chambers rules. *See* Battaglia, J. Civ. Case Proc. Section II.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [ ] |
| ☒ | The document is **REJECTED**. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: July 22, 2025

CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties

By: Judge Battaglia's Chambers