BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
SAMUEL D. SAZER (SBN: 313037)
655 W Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Fax: 213.896.0400
Email: sbhandari@buchalter.com

Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY, et al.,

Plaintiffs,

vs.

DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,

Defendants.

Case No. 3:22-cv-2001-AJB-VET

**CERTIFICATE OF SERVICE RE ORDER BY JUDGE BATTAGLIA: SETTING BRIEFING SCHEDULE [DOC. 58]**

| | |
|---|---|
| Hearing Date: | August 7, 2025 |
| Time: | 2:00 p.m. |
| Dept: | Courtroom 4A |

# CERTIFICATE OF SERVICE

*Mark Ferry, et al. v. DF Growth, LLC, et al.*
USDC Southern District Case No.: 3:22-cv-02001-AJB-VET

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is Buchalter, A Professional Corporation, 425 Market Street, Suite 2900, San Francisco, California 94105-2491.

On this date, July 22, 2025, I served the foregoing

1. **ORDER BY JUDGE BATTAGLIA: SETTING BRIEFING SCHEDULE [DOC. 58]**

on parties to the within action by ☒ electronically serving via the court's cm/ecf system and/or ☒ placing a true copy thereof in a sealed envelope as follows::

| | |
|---|---|
| **Via US Mail & Email**<br><br>Craig Cecilio<br>DF Growth REIT, LLC; DF Growth REIT II, LLC; and Diversyfund, Inc.<br>750 B St., Ste. 1930<br>San Diego, CA 92101<br>Email: craig@diversyfund.com | **Via US Mail & Email**<br><br>Alan Lewis<br>DF Growth REIT, LLC; DF Growth REIT II, LLC; and Diversyfund, Inc.<br>750 B St., Ste. 1930<br>San Diego, CA 92101<br>Email: alan@diversyfund.com |
| **Via US Mail**<br><br>Marissa Marxen Giacomelli<br>Helix Litigation<br>7165 Grable Street<br>San Diego, CA 91942 | |

☑ **BY ELECTRONIC SERVICE** On July 22, 2025, via the Court's CM/ECF System electronically served by the Court on all parties in interest listed as registered users.

☑ **BY EMAIL:** On July 22, 2025, I personally electronically served from my electronic address dfong@buchalter.com in "PDF" format, the document(s) described above, to the individual(s) stated above to their known email/electronic addresses as shown above. The transmission was reported as complete and without error. (CCP §1010.6; CRC §2.251, *et seq.*)

☑ **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in

San Francisco, California on July 22, 2025. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 22, 2025, at San Francisco, California.

Debora J. Fong

Debora J. Fong