BUCHALTER
A Professional Corporation
Sanjay Bhandari (CA 181920)
Samuel Sazer (CA 313037)
655 W Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
E-mail: sbhandari@buchalter.com
 ssazer@buchalter.com

Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**JOINT MOTION FOR REMOTE APPEARANCE** |

Pursuant to Section II(b) of the Court's Civil Case Procedures, the parties make the following joint requests with respect to the hearing on Defense counsel's Motion to Withdraw, set for August 7, 2025, at 2:00 p.m.

First, the parties request that the Court consider taking the hearing off calendar, and issuing its order on the papers. The Motion was unopposed by Plaintiff's counsel, and defendants stipulated to defense counsel's withdrawal under the circumstances presented. *See* ECF 57 at 1; ECF 57-1 at ¶ 5. The Court has not ordered the defendants themselves to be present. *See* ECF 58. Accordingly, it is not clear that any hearing is required.

Second, if the Court wishes to hold a hearing, it should be set at a different

time, and remote appearances should be allowed. Before the Court set the August 7 hearing date, the Court had been briefed that lead defense counsel (Sanjay Bhandari) would be in Europe then, flying back August 15. *See* ECF 57-1 at 2 n.1. Lead plaintiffs' counsel, who is based in Connecticut, would also face an unnecessary expense traveling to California for such a matter, which they neither initiated nor opposed. We prespectfully submit that these circumstances take this case outside the Court's general presumption that travel and inconvenience are not good cause for a remote hearing. Finally, if the Court sets a remote hearing before August 18, it should be earlier than 2:00 p.m. Pacific Time, which would be 11:00 p.m. for counsel in Europe.

We appreciate the Court's consideration of these requests.

DATED: July 25, 2025

Respectfully submitted,

BUCHALTER
A Professional Corporation

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI

Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS

DATED: July 25, 2025

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: */s/Joshua B. Kons*
JOSHUA B. KONS

Attorneys for Plaintiffs
MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE, for themselves and all others similarly situated

## CERTIFICATION

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Sanjay Bhandari*