BUCHALTER,
A Professional Corporation
Mitchell S. Kim (SBN 276429)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
Telephone: 213-891-0700
Email: mkim@buchalter.com

Attorneys for Defendants:
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-02001-AJB-VET<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO All PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** that Mitchell S. Kim of Buchalter, a Professional Corporation ("Buchalter") hereby withdraws as counsel for Defendants DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS (collectively "Defendants") in the above-captioned matter. Defendants remain represented by Sanjay Bhandari and Samuel D. Sazer of Buchalter. Mitchell S. Kim respectfully requests that this withdrawal take effect immediately.

Please remove Mitchell S. Kim from the docket of this case as at least one member of Buchalter, and at least one member of the Bar of this Court, will continue

to serve as counsel of record for Defendants.

Respectfully submitted,

DATED: July 29, 2025

BUCHALTER
A Professional Corporation

By: */s/ Mitchell S. Kim*
Mitchell S. Kim

BN 91921888v1