BUCHALTER
A Professional Corporation
Sanjay Bhandari (CA 181920)
Samuel Sazer (CA 313037)
655 W Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
E-mail: sbhandari@buchalter.com
ssazer@buchalter.com

Attorneys for Defendants
DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC;
DIVERSYFUND, INC.; CRAIG CECILIO; ALAN LEWIS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK FERRY, et al.,

Plaintiffs,

vs.

DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,

Defendants.

Case No. 3:22-cv-2001-AJB-VET

**NOTICE OF DISASSOCIATION OF COUNSEL**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Marissa M. Giacomelli, State Bar No. 300095, is no longer affiliated with the Buchalter firm, counsel of record for DF GROWTH REIT, LLC; DF GROWTH REIT II, LLC; DIVERSYFUND, INC.; CRAIG CECILIO; and ALAN LEWIS. As such, Buchalter and Marissa M. Giacomelli hereby jointly request that that Ms. Giacomelli be removed from the service list and no longer be list as an attorney of record.

Respectfully submitted,

DATED: July 29, 2025

BUCHALTER
A Professional Corporation

By: *<u>/s/ Sanjay Bhandari</u>*
SANJAY BHANDARI

Attorneys for Defendants
DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS

DATED: July 29, 2025

By: *<u>/s/ Marissa M. Giacomelli</u>*
MARISSA M. GIACOMELLI

## CERTIFICATION

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Sanjay Bhandari*