UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC, et al.,<br><br>                         Defendants. | Case No.: 22-cv-02001-AJB-VET<br><br>**ORDER** |

On August 6, 2025, this Court granted the Buchalter firm's motion to withdraw as counsel for Defendants DF Growth REIT, LLC; DF Growth REIT II, LLC; and DiversyFund, Inc. (the "Entity Defendants") and for Defendants Craig Cecilio and Alan Lewis (the "Individual Defendants"). (Doc. No. 68.)

The Court ordered the Entity Defendants "to secure new counsel and have new counsel file a notice of appearance no later than September 8, 2025." (*Id.* at 4.) The Court warned the Entity Defendants that "[f]ailure to do so will result in the Court striking [their] Answer [(Doc. No. 55)] and an entry of default judgment against [them]." (*Id.*)

The Court also ordered the Individual Defendants "to either have new counsel file a notice of appearance, or if intending to proceed pro se, file a notice apprising the Court of their contact information, including their current mailing addresses, telephone numbers,

and email addresses no later than September 8, 2025." (*Id.*) The Court warned the Individual Defendants that "[f]ailure to do [either] will result in the Court striking [their] Answer [(Doc. No. 55)] and an entry of default against them." (*Id.*)

No new counsel has filed an entry of appearance on behalf of any of the Entity or Individual Defendants. Neither of the Individual Defendants has filed a notice apprising the Court of their contact information.

Accordingly, the Court **STRIKES** the Entity and Individual Defendants' Answer (Doc. No. 55). The Court **DIRECTS** the Clerk of Court to enter default against each of the Entity and Individual Defendants. Plaintiffs are **DIRECTED** to move for default judgment in the normal course.

**IT IS SO ORDERED.**

Dated: November 10, 2025

Hon. Anthony J. Battaglia
United States District Judge