

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Ferry; Igor Korostelev; Ryan Krause; Valerie Hamerling<br><br>**Plaintiff,**<br><br>V.<br><br>DF Growth REIT, LLC; DF Growth REIT II, LLC; Diversyfund, Inc.; Craig Cecilio; Alan Lewis<br><br>**Defendant.** | **Civil No.** 22-cv-2001-AJB-VET<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 12/16/2022 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: DF Growth REIT, LLC; DF Growth REIT II, LLC; Diversyfund, Inc.; Craig Cecilio; Alan Lewis

Entered On:  11/10/2025

**JOHN MORRILL, Clerk of Court**

By:  s/ M. Quinata

M. Quinata, Deputy