1  Alan Lewis
2  750 B Street, Suite 1930
   San Diego, CA 92101
3  (619) 800-5360
4  alan@diversyfund.com
   *Pro Se*

FILED
NOV 12 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ODE    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV and RYAN KRAUSE, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendant. | Case No.: 22-cv-02001-AJB-VET<br><br>**NOTICE OF CONTACT INFORMATION OF PRO SE DEFENDANT** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT I,** Alan Lewis, intend to proceed *pro se* in this

1

matter. I recognize that I failed to file this notice before the deadline set by the court and respectfully request that the court accept this notice and allow me to proceed. My contact information is above.

Respectfully submitted,

DATED: November 11, 2025

Signature: /s/Alan Lewis

ALAN LEWIS

Notice of Contact Information of Pro Se Defendant