Craig Cecilio
750 B Street, Suite 1930
San Diego, CA 92101
(858) 245-8189
craig@diversyfund.com
*Pro Se*

FILED
NOV 12 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY OOE    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV and RYAN KRAUSE, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendant. | Case No.: 22-cv-02001-AJB-VET<br><br>**NOTICE OF CONTACT INFORMATION OF PRO SE DEFENDANT** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Craig Cecilio intends to proceed *pro se* in this

1

Notice of Contact Information of Pro Se Defendant

matter. I recognize that I failed to file this notice before the deadline set by the court and respectfully request that the court accept this notice and allow me to proceed. My contact information is above.

Respectfully submitted,

DATED: November 11, 2025

Signature: /s/Craig Cecilio

CRAIG CECILIO

Notice of Contact Information of Pro Se Defendant