**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: ***Ferry et al v. DF Growth REIT, LLC et al***
Case No.: **3:22-cv-02001-AJB-VET**

Minute Order Setting Case Management Conference ("CMC"). The Court hereby **SETS** a Case Management Conference by video conference for **December 18, 2025 at 1:30 p.m.** before Magistrate Judge Valerie E. Torres. Only Counsel and *pro se* parties are required to appear. The Court will provide video conference information two business days prior to the Case Management Conference. Signed by Magistrate Judge Valerie E. Torres on December 9, 2025.