LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Parties Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**STIPULATED JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Section II(b) of the Court's Civil Case Procedures, the parties have stipulated to make this Joint Motion regarding the Case Management Conference ("CMC") set for December 18, 2025, at 1:30 p.m. The parties have jointly met and conferred regarding this requested continuance, and it is the first request to continue the CMC.

The Answer was filed in this case by Defendants Alan Lewis and Craig Cecilio on December 8. On December 11, the Court set a Case Management Conference

1
**STIPULATED JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

("CMC") set for December 18, 2025, at 1:30 p.m. Given this short timeframe, while the parties were able to have a Rule 26(f) conference, the parties have not been able to finalize a joint discovery plan, and require more time to prepare a plan.

Furthermore, Defendants Alan Lewis and Craig Cecilio – who are now pro se Defendants – have a prearranged off-site event on December 18th that they are required to attend, and would be personally prejudicial to each of them if they were required to cancel. Counsel for Lead Plaintiffs, who is based in Connecticut, would also face an unnecessary expense traveling to California to the CMC on short notice.

The parties recognize that these circumstances are outside the Court's general presumption that travel or inconvenience may not be good cause for a continuance. However, given the current posture of the case along with these other factors, the parties have stipulated to jointly move this Court for a continuance.

As a result, the parties jointly move the Court to order that (i) the CMC be continued and reset for January 15, 2026 at 1:30pm or at another later time that is convenient for the Court; and (ii) the parties the parties and counsel be able to participate in the rescheduled CMC remotely or by telephone.

The parties greatly appreciate the Court's consideration of this stipulated joint motion.

/ / /

**STIPULATED JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Respectfully submitted,

DATED: December 15, 2025      LAW OFFICES OF
JOSHUA B. KONS, LLC

By: /s/ Joshua Kons
JOSHUA B. KONS
Attorneys for Plaintiffs
MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: DECEMBER 15, 2025

By: /s/ Alan Lewis
ALAN LEWIS
Pro Se Defendant

DATED: DECEMBER 15, 2025

By: /s/ Craig Cecilio
CRAIG CECILIO
Pro Se Defendant

## **CERTIFICATION**

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Joshua B. Kons