# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: ***Ferry et al v. DF Growth REIT, LLC et al***

Case No.: **3:22-cv-02001-AJB-VET**

Minute Order Denying Joint Motion to Continue Case Management Conference ("CMC"). Before the Court is the parties' Joint Motion to Continue Case Management Conference ("Joint Motion"). ECF No. 79. The parties request a continuance based on the expense associated with travel, the need for additional time to prepare a joint discovery plan, and attending an unspecified "prearranged off-site event." *Id*. at 2. None constitute good cause for continuing to delay this action. No travel is necessary as the CMC is being held by videoconference and the Court did not order a joint discovery plan. *See* ECF No. 78. Moreover, reference to a "prearranged off-site event," without any details, does not demonstrate an inability to attend the CMC as scheduled, particularly when it is by videoconference. ECF No. 79 at 2. Accordingly, the Joint Motion is **DENIED**. The Parties **SHALL** appear at the CMC as scheduled and be prepared to discuss case scheduling issues. Signed by Magistrate Judge Valerie E. Torres on December 15, 2025.