LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Parties Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, VALERIE HAMERLING and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 14, 2026<br>Time: 2:00pm<br>Courtroom: 4A<br>Judge: Hon. Anthony Battaglia |

Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiffs Mark Ferry, Igor Korostelev, Valerie Hamerling, and Ryan Krause (collectively "the Plaintiffs"), respectfully request that the Court enter default judgment against Defendants DF Growth REIT, LLC, DF Growth REIT II, LLC, and DiversyFund, Inc. (the "Entity

Defendants"), and order that Defendants (i) repay to the Plaintiffs the consideration paid for the security, plus interest at the legal rate, less the amount of any income received on the security, and (ii) pay the attorneys' fees and costs incurred by Plaintiffs' counsel.

There has been no adverse appearance in this case since withdrawal of counsel for the Entity Defendants to implicate CivLR 7.1(e)(1).

As grounds for this Motion, the Plaintiffs refer to the Court to their Memorandum of Points and Authorities, Declarations of Joshua B. Kons, along with attached exhibits.

DATED: February 2, 2026

                                     RESPECTFULLY SUBMITTED,

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: /s/ Joshua Kons
       JOSHUA B. KONS
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Phone: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman
21550 Oxnard St, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741

Fax: (866) 633-0228
tfriedman@toddflaw.com

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
Christopher J. Gray (*pro hac vice*)
60 East 42nd Street, 46th Floor
New York, New York 10165
Phone: (212) 838-3221
Fax: (212) 937-3139
chris@investorlawyers.net

*Attorneys for Plaintiffs*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Hartford, State of Connecticut, and not a party to the above-entitled cause. On February 2, 2026 , I served a true copy of the Motion for Default Judgment on all Defendants by ECF by electronically filing the foregoing with the District Court using its ECF System, by emailing pro se Defendants Alan Lewis and Craig Cecilio, and by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following, as well as for personal service directed to Corporation Service Company as registered agent for the Entity Defendants:

Alan Lewis
750 B Street, Suite 1930
San Diego, CA 92101

Craig Cecilio
750 B Street, Suite 1930
San Diego, CA 92101

DiversyFund, Inc. c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

DF Growth REIT, LLC. c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

DF Growth REIT II, LLC. c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Executed on February 2, 2026, at Simsbury, Connecticut.

[x] I hereby certify that I am a member of the Bar of the United States District Court, Southern District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Joshua Kons
Joshua Kons

5
**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**