LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Parties Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, VALERIE HAMERLING and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>                Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby advise the Court that they have reached a settlement in principle, and are in the process of finalizing the settlement documentation. The parties anticipate that a joint notice of dismissal under F.R.C.P. 41(a)(1)(A)(ii) will be filed within sixty (60) days.

/ / /

Respectfully submitted,

DATED: MARCH 5, 2026            LAW OFFICES OF
                               JOSHUA B. KONS, LLC


                               By:  /s/ Joshua Kons
                                    JOSHUA B. KONS
                                    Attorneys for Plaintiffs
                                    MARRY FERRY, IGOR
                                    KOROSTELEV, VALERIE
                                    HAMERLING, and RYAN KRAUSE

DATED: MARCH 5, 2026

                                    By: /s/ Alan Lewis
                                        ALAN LEWIS
                                        Pro Se Defendant


DATED: MARCH 5, 2026

                                    By: /s/ Craig Cecilio
                                        CRAIG CECILIO
                                        Pro Se Defendant

**NOTICE OF SETTLEMENT**

# <u>CERTIFICATION</u>

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

<u>/s/ Joshua B. Kons</u>