LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Parties Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, IGOR KOROSTELEV, VALERIE HAMERLING and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**STIPULATED JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE** |

Pursuant to Section II(b) of the Court's Civil Case Procedures, the parties have stipulated to make this Joint Motion to continue or otherwise adjourn the Settlement Conference set for March 10, 2026, at 9:30 a.m. The parties have jointly met and conferred regarding this requested adjournment, and it is the first request to continue the settlement conference.

The parties have reached a settlement in principle and are in the process of finalizing the settlement agreement and attendant documentation. As a result, the

parties jointly move the Court to order that the settlement conference be adjourned or otherwise be continued for sixty (60) days to allow the parties to finalize the settlement.

The parties greatly appreciate the Court's consideration of this stipulated joint motion.

Respectfully submitted,

DATED: MARCH 5, 2026

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: /s/ Joshua Kons
JOSHUA B. KONS
Attorneys for Plaintiffs
MARK FERRY, IGOR KOROSTELEV, VALERIE HAMERLING, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: MARCH 5, 2026

By: /s/ Alan Lewis
ALAN LEWIS
Pro Se Defendant

DATED: MARCH 5, 2026

By: /s/ Craig Cecilio
CRAIG CECILIO
Pro Se Defendant

## CERTIFICATION

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Joshua B. Kons