# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>   ***Ferry et al v. DF Growth REIT, LLC et al***
<u>Case No.:</u>    **3:22-cv-02001-AJB-VET**

Minute Order Granting the Joint Motion, Vacating Settlement Conference and Status Conference, and Setting a Settlement Disposition Conference ("SDC"). Before the Court is the parties Joint Motion to continue or vacate the settlement conference set for March 10, 2026 ("Joint Motion"). ECF No. 86. The parties also filed a Notice of Settlement. ECF No. 85. In both the Joint Motion and the Notice of Settlement the parties represent that they have reached a settlement and anticipate dismissing the case within 60 days. Accordingly, the Joint Motion is **GRANTED**. The Court hereby **VACATES** the Settlement Conference set for **March 10, 2026** and related deadlines and **VACATES** the Status Conference set for **March 23, 2026**. Additionally, the Court **SETS** a telephonic SDC for **May 11, 2026 at 10:00 a.m.** Only counsel and parties appearing pro se are required to appear. Teleconference information will be provided two days prior to the SDC. The Court will automatically vacate the SDC if the parties file a joint motion to dismiss prior to the SDC. Signed by Magistrate Judge Valerie E. Torres on March 6, 2026.