UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No.:  22-cv-02001-AJB-VET<br><br>**ORDER** |

On March 5, 2026, Plaintiffs Mark Ferry, Igor Korostelev, Valerie Hamerling, and Ryan Krause (collectively, "Plaintiffs") and Defendants Craig Cecilio and Alan Lewis (collectively, "Individual Defendants") filed a notice of settlement. (Doc. No. 85.)

In light of the notice and the pending Plaintiffs' Motion for Default Judgment (Doc. No. 83), the Court **ORDERS** the parties to supplement the notice of settlement with a declaration from counsel:

　　(1) Identifying the anticipated parties to the settlement; and

　　(2) Indicating whether the settlement in principle will dispose of

　　　　(a) the entire case or

　　　　(b) only Plaintiffs' claims against Individual Defendants.

1 | The declaration must be filed on or before **March 13, 2026**.

2 | **IT IS SO ORDERED.**

3 | Dated: March 6, 2026

*[Signature]*
Hon. Anthony J. Battaglia
United States District Judge