LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite LL1
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE
HAMERLING, IGOR KOROSTELEV, and RYAN
KRAUSE

## U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV and RYAN KRAUSE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS, <br><br> Defendants. | CASE NO. 22-CV-2001-AJB-WVG <br><br> **DECLARATION OF JOSHUA B. KONS** |

I, Joshua B. Kons, am older than 21 years of age, have personal knowledge of the facts, and am competent to testify thereto.

1.    I am an attorney representing Plaintiffs Mark Ferry, Valerie Hamerling, Igor Korostelev and Ryan Krause ("Plaintiffs") in the above-captioned matter.

2.    I have conferred with Defendants Alan Lewis, indifvidually and on behalf of DF Growth REIT, LLC, DF Growth REIT II, LLC, and DiversyFund, Inc.

3.    In response to the Order lodged at Dkt. 88, the parties respond as follows regarding the settlement in principle reached in this action:

(1) The settlement in principle would apply to all parties in this action; and

(2) The settlement in principle would dispose of the entire case.

4.    The parties jointly ask that the Court allow additional time to complete the settlement, which may take up to sixty (60) days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2026 in Simsbury, Connecticut.


/s/ Joshua B. Kons
Joshua B. Kons

2
DECLARATION OF JOSHUA B. KONS