LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Parties Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br><br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br><br>**STIPULATED JOINT MOTION TO DISMISS; [PROPOSED] ORDER** |

The parties hereby make this Joint Motion asking that the Court approve the attached Stipulation of Dismissal. The parties jointly move the Court to dismiss this action pursuant to FRCP 41(a)(1)(A)(ii) with prejudice as to all claims and causes of action, with each party bearing their respective attorneys' fees and costs. The parties greatly appreciate the Court's consideration of this stipulated joint motion.

Respectfully submitted,

DATED: MARCH 20, 2026

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: /s/ Joshua Kons
JOSHUA B. KONS
Attorneys for Plaintiffs
MARRY FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated

DATED: MARCH 20, 2026

By: /s/ Alan Lewis
ALAN LEWIS
Pro Se Defendant

DATED: MARCH 20, 2026

By: /s/ Craig Cecilio
CRAIG CECILIO
Pro Se Defendant

**CERTIFICATION**

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Joshua B. Kons