LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN 244977)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel: (860) 920-5181
Fax: (860) 920-5174
joshuakons@konslaw.com

[Additional Parties Listed on Signature Page]

Attorneys for Plaintiffs MARK FERRY, VALERIE HAMERLING, IGOR KOROSTELEV, and RYAN KRAUSE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK FERRY, IGOR KOROSTELEV, and RYAN KRAUSE, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>DF GROWTH REIT, LLC, DF GROWTH REIT II, LLC, DIVERSYFUND, INC., CRAIG CECILIO, and ALAN LEWIS,<br>Defendants. | Case No. 3:22-cv-2001-AJB-VET<br>**STIPULATION OF DISMISSAL** |

The parties hereby stipulate that under FRCP 41(a)(1)(A)(ii), this action is to be dismissed with prejudice as to all claims and causes of action, with each party bearing their respective attorneys' fees and costs.

///

Respectfully submitted,

DATED: MARCH 20, 2026

LAW OFFICES OF
JOSHUA B. KONS, LLC

By: ______________________
JOSHUA B. KONS
Attorneys for Plaintiffs
MARK FERRY, IGOR KOROSTELEV, VALERIE HAMERLING, and RYAN KRAUSE

DATED: MARCH 18, 2026

By: Signed by: ALAN LEWIS
8BFC9DF47B8B48D...
ALAN LEWIS
Pro Se Defendant

DATED: MARCH 18, 2026

By: DocuSigned by: Craig Cecilio
8C0D3F8C16C84CC...
CRAIG CECILIO
Pro Se Defendant

DATED: MARCH 18, 2026

By: Signed by: ALAN LEWIS
8BFC9DF47B8B48D...
DF GROWTH REIT, LLC
Alan Lewis, on behalf of its Manager, DiversyFund, Inc.

DATED: MARCH 18, 2026

By: Signed by: ALAN LEWIS
8BFC9DF47B8B48D...
DF GROWTH REIT II, LLC
Alan Lewis, on behalf of its Manager, DiversyFund, Inc.

DATED: MARCH 18, 2026

By: /s/ Alan Lewis
Signed by: ALAN LEWIS
8BFC9DF47B8B48D...
DIVERSYFUND, INC.
Alan Lewis, Chief Investment Officer

## CERTIFICATION

Pursuant to S.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer attests that all of the signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Joshua B. Kons