UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERRY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DF GROWTH REIT, LLC, et al.,<br><br>Defendants. | Case No.: 22-cv-02001-AJB-VET<br><br>**ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS** |

Before the Court is the Stipulated Joint Motion to Dismiss filed by Plaintiffs Mark Ferry, Igor Korostelev, and Ryan Krause (collectively, "Plaintiffs"); Defendants Craig Cecilio and Alan Lewis; and Defendants DF Growth REIT, LLC, DF Growth REIT II, LLC, and Diversyfund, Inc. (collectively, "Entity Defendants"). (Doc. No. 90; *see also* Doc. No. 90-1.) The parties seek to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own attorney fees and costs. (Doc. No. 90.) Good cause appearing, the joint motion is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**. (*Id.*)

1

In light of the dismissal, the pending Plaintiffs' Motion for Default Judgment against the Entity Defendants is **DENIED** as moot. (*See* Doc. No. 83.)

The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Hon. Anthony J. Battaglia
United States District Judge

22-cv-02001-AJB-VET